UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Leonor Balcazar

Plaintiff,

v.  Case No.: 1:15−cv−05322
Honorable Harry D. Leinenweber

Advocate Health and Hospitals Corporation, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2015:

MINUTE entry before the Honorable Harry D. Leinenweber:United States' Motion to dismiss without prejudice[6] is granted. Plaintiff's remaining cause of action against Defendants, Advocate Health and Hospitals Corporation,d/b/a Trinity Hospital., and Michael J. Escoto, D.O., is remanded back to the Circuit Court of Cook County, Illinois as case number 2015 L 002941, by agreement. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.