IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONOR BALCAZAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-cv-5322 |
| | ) | |
| v. | ) | The Hon. Harry D. Leinenweber |
| | ) | |
| ADVOCATE HEALTH AND HOSPITALS | ) | Formerly Case No. 2015 L 002941 |
| CORPORATION, et al. | ) | Circuit Court of Cook County, Illinois |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL AND REMAND

THIS MATTER COMING TO BE HEARD on Defendant, **UNITED STATES'** motion to dismiss for failure to exhaust administrative remedies, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant, **UNITED STATES'** motion is granted without prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

IT IS FURTHER ORDERED that Plaintiff's remaining cause of action against Defendants, **ADVOCATE HEALTH AND HOSPITALS CORPORATION, d/b/a TRINITY HOSPITAL, and MICHAEL J. ESCOTO, D.O.,** is remanded back to the Circuit Court of Cook County, Illinois as case number 2015 L 002941.

_____

John B. Kralovec  JUDGE HARRY D. LEINENWEBER
KRALOVEC, JAMBOIS & SCHWARTZ
60 W. Randolph Street, 4th Floor
Chicago, IL 60601  July 7, 2015
312.782.2525
312.855.0068